DISTRICT OF OREGON
**FILED**
July 26, 2010
Clerk, U.S. Bankruptcy Court

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: | ) Bankruptcy Case |
| | ) No. 09-60875-fra11 |
| BARBARA K. PARMENTER, | ) |
| | ) ORDER DENYING MOTION FOR RELIEF |
| Debtor. | ) FROM ORDER APPOINTING TRUSTEE |

Debtor has filed a motion for relief from the Court's order appointing a trustee (Docket No. 156). The matter came on for hearing on June 1, 2010. At the Debtor's request, the Court deferred ruling until she had an opportunity to review a written transcript of the June 1 hearing. A transcript has been provided, and the Debtor has not provided any further evidence or argument in support of her motion.

The Court finds that the Debtor has not sustained her burden under Bankruptcy Rule 9024 of establishing that the Court's order was in error, or the product of mistake, inadvertence or excusable neglect. It is therefore

**ORDERED** that the motion be, and the same hereby is, DENIED.

FRANK R. ALLEY, III
Bankruptcy Judge